DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAN LEWIS,**
Appellant,

v.

**LYNN BARRETT,**
Appellee.

No. 4D2024-2362

[March 5, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel A. Casey, Judge; L.T. Case No. CACE20-014487.

Colleen Kathryn O'Loughlin of Colleen Kathryn O'Loughlin, P.A., Fort Lauderdale, for appellant.

Chris Kleppin of The Kleppin Firm, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***